UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
FLINT DIVISION

IN RE:

Kevin Martens & Jennifer Martens           Bankruptcy No.09-31163-dof
    Debtors.                                  Honorable Daniel Opperman
_____/              Chapter 13

## CHAPTER 13 PLAN MODIFICATION

DEBTORS, by and through their Attorney, state the following in support of this plan modification;

1. Debtors are in a Chapter 13 plan that was confirmed on May 13, 2009.

2. Debtors' plan as confirmed runs 60 months and pays a dividend of 6% to the unsecured creditors.

3. For tax year 2009 the Debtors are to receive a federal tax refund of $7161.00 and the confirmed plan requires turnover of said refund.

4. At the time of filing, the Debtors' combined projected income from schedule I was $101,257.99. Due to continued unemployment, the Debtors' income from wage and unemployment was $78,687.00---a $22570.99 short fall. The Debtors have "tightened their belts" to continue to meet their plan payment obligations but this has left them short of many needed budgeted expenses.

5. The Debtors have a number of needed repairs including:
    a. Replacement of old water heater $1191.00
    b. Vehicle repairs-needed engine and transmission $6632.76

6. The Debtors propose to amend their confirmed Chapter 13 plan by retaining the 09 federal tax refund in the amount of $7161.00 to pay for the needed repairs/items and to help replace the projected income shortfall. The Debtors propose to further modify the confirmed plan by excusing the accrued plan payment delinquency of $1532.76. As is the plan will pay a higher than confirmed dividend to unsecured creditors. (See Exhibit A for worksheet)

7. The effect of this plan modification on creditors will be as follows:
   - **Class One-** No effect.
   - **Class Two-** Creditors will continue to received payments.
   - **Class Three-** No creditors of this class are in this case.
   - **Class Four-** Creditor will be paid in full.
   - **Class Five-** Creditor will be paid according the plan as originally confirmed.
   - **Class Six-** No creditors of this class are in this case.
   - **Class Seven-** No creditors of this class are in this case.
   - **Class Eight- Creditors in this class will receive a greater dividend than confirmed but less than if turnover of the refund was required**.

WHEREFORE, it is requested that Debtors confirmed plan be modified to excuse turnover of the 09 federal tax refund in the amount of $7161.00 and that the accrued plan payment delinquency of $1532.76 is excused.

Dated:   March 23, 2010               _/S/Tricia Stewart Terry_____
                                      TRICIA STEWART TERRY (P59522)
                                      Marrs & Terry, PLLC
                                      6553 Jackson Rd
                                      Ann Arbor, MI  48103
                                      734-663-0555
                                      TTerry3272@aol.com

**EXHIBIT A**

**WORKSHEET-PLAN MODIFICATION**

1. Length of Plan is _____ weeks; **50** months; _____ years.

   Debtor #1:

2. $ **1178.13** per pay period x **(Bi weekly) 108** pay periods per Plan = $ **127238.04** total per Plan

3. $ _____

4. Lump Sums: Balance on hand     **1194.63**

5. Equals total to be paid into the Plan     **128432.67**

6. Estimated trustee's fees     **6806.94**

7. Attorney fees and costs-

   Plus estimated future     **2000.00**

8. Total priority claims     **0.00**

9. Total installment mortgage or other long-term debt payments     **73046.50**

10. Total of arrearage including interest     **18802.84**

11. Total secured claims, including interest     **15914.00**

    Total of items 6 through 11     $ **116570.28**

12. Funds available for unsecured creditors ( )     $ **11862.39**

13. Total unsecured claims remaining     $ **115309.94**

14. Estimated percentage to unsecured creditors under Plan     **10.29** %

15. Estimated dividend to general unsecured creditors if Chapter 7, (see liquidation analysis attached)     $ **0.00**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**IN RE:**

| | |
|---|---|
| Kevin Martens & Jennifer Martens | Bankruptcy No.09-31163-dof |
| Debtors. | Honorable Daniel Opperman |
| _____/ | Chapter 13 |

### Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

If no timely objection is filed, the proponent of the plan modification may file a certificate of no objection and the modified plan will then become effective.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

| | |
|---|---|
| Tricia Stewart Terry | Carl Bekofske |
| Marrs & Terry, PLLC | 510 W. Court St |
| 6553 Jackson Rd | Flint MI 48503 |
| Ann Arbor, MI 48103 | |

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.

Dated: March 23, 2010    /s/Tricia Stewart Terry_____
TRICIA STEWART TERRY (P59522)
Marrs & Terry, PLLC
6553 Jackson Rd
Ann Arbor, MI 48103
734-663-0555
TTerry3272@aol.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE:

| | |
|---|---|
| Kevin Martens & Jennifer Martens | Bankruptcy No.09-31163-dof |
| Debtors. | Honorable Daniel Opperman |
| _____/ | Chapter 13 |

## ORDER MODIFYING CONFIRMED PLAN

This matter having come before the Court upon the application of Tricia Stewart Terry, of Marrs & Terry, PLLC, and all interested parties having been served with notice of the modification, no objections to the modification having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Debtors confirmed plan is modified excuse turnover of the 2009 federal tax refund in the amount of $7161.00;

IT IS FURTHER ORDERED that the accrued plan payment delinquency of $1532.76 is excused.